UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

NATHAN MCCOY, individually and on behalf
of all others similarly situated,

        Plaintiff,

    v.

MINERVA NEUROSCIENCES, INC. and
REMY LUTHRINGER,

        Defendants.

Civil Action No. 1:20-cv-12176

**JOINT STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

The parties hereto, by and through their counsel, agree to extend the time within which

Defendants Minerva Neurosciences, Inc. and Remy Luthringer (together, the "Defendants") must

answer, move, or otherwise respond to the complaint in this action.

WHEREAS, Plaintiff commenced this action by filing a complaint on December 8, 2020

(the "Complaint");

WHEREAS, the Complaint asserts claims on behalf of a purported class under Sections

10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§

78j(b) and 78t(a) and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. § 240.10b-5;

WHEREAS, pursuant to the Exchange Act and the Private Securities Litigation Reform

Act of 1995, the Court will appoint a Lead Plaintiff, and that Lead Plaintiff subsequently will

have the right to amend the Complaint (the "Amended Complaint"); and

WHEREAS, the deadline to seek appointment as Lead Plaintiff is February 8, 2021.

ACCORDINGLY, the parties respectfully request that the following schedule be ordered in this case in connection with the anticipated Amended Complaint and the briefing schedule on any motion to dismiss that Amended Complaint:

- Defendants agree to accept service without any further process or request for waiver necessary;

- Defendants need not answer, move, or otherwise respond to the Complaint before entry of an Order appointing a Lead Plaintiff and Lead Counsel pursuant to § 78u-4(a)(3) of the Exchange Act (15 U.S.C. §§ 78a et seq.) (the "Lead Plaintiff Order"); and

- No later than 14 days after entry of an Order appointing a Lead Plaintiff and Lead Counsel, the parties shall confer regarding and propose to the Court a briefing schedule for the anticipated Amended Complaint and Defendants' answer, motion, or other response thereto.

Dated: January 5, 2021

| | |
|---|---|
| NATHAN MCCOY, Individually and on Behalf of All Others Similarly Situated | MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER |

By their attorneys,

By their attorneys,

/s/ *Stephen J. Teti* (with permission)
Jeffrey C. Block (BBO # 600747)
Jacob A. Walker (BBO # 688074)
Stephen J. Teti (BBO # 569332)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com
steti@blockleviton.com

/s/ *Deborah S. Birnbach*
Deborah S. Birnbach (BBO # 628243)
Michael T. Jones (BBO # 661336)
Adam Slutsky (BBO # 625084)
Katherine G. McKenney (BBO # 660621)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: 617.570.1000
Fax: 617.523.1231
dbirnbach@goodwinlaw.com
mjones@goodwinlaw.com
aslutsky@goodwinlaw.com
kmckenney@goodwinlaw.com

**IT IS SO ORDERED:**

**Dated:** January 20, 2021

/s/ George A. O'Toole, Jr
**United States District Court Judge**

3

## <u>CERTIFICATE OF SERVICE</u>

I, Deborah S. Birnbach, hereby certify that a copy of the foregoing Joint Stipulation, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 5, 2021.

/s/ *Deborah S. Birnbach*