UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN MCCOY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Case No.: 1:20-cv-12176-GAO<br><br>CLASS ACTION |
| YUTING AO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Case No.: 1:21-cv-10051-GAO<br><br>CLASS ACTION |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF ROBERT AND HEATHER WHITMORE'S MOTION FOR CONSOLIDATION OF THE ACTIONS, APPOINTMENT AS CO-LEAD PLAINTIFFS, AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for co-lead plaintiff movants Robert and Heather Whitmore ("Movants") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movants' motion for Consolidation of the Actions, Appointment as Co-Lead Plaintiffs, and Approval of Their Selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

1

2

Exhibit A:     PSLRA Certifications signed by Movants attesting to their purchases of Minerva Neurosciences, Inc. ("Minerva" or the "Company") securities;

Exhibit B:     Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Minerva securities;

Exhibit C:     Press Release published December 8, 2020, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *McCoy v. Minerva Neurosciences, Inc., et al.,* Case No. 1:20-cv-12176-GAO.

Exhibit D:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: February 8, 2021                        */s/ Shannon L. Hopkins*
                                              Shannon L. Hopkins

3

## <u>CERTIFICATE OF SERVICE</u>

I, Shannon L. Hopkins, certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing and paper

copies will be sent to those indicated as non-registered participants on February 8, 2021.

Dated: February 8, 2021                          */s/ Shannon L. Hopkins*
                                                      Shannon L. Hopkins