# EXHIBIT B

| Client Name | Robert Whitmore |
|---|---|
| Company Name | Minerva Neurosciences, Inc. |
| Ticker Symbol | NERV |
| Security Type | |
| Class Period Start | 05-15-2017 |
| Class Period End | 11-30-2020 |
| 90-DAY Lookback Period Start | 12-01-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 02.81 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $58,976.62 |
| *DURA LIFO* Total* | $58,976.62 |
| Gross Shares Purchased | 43,000.00 |
| Net Shares Retained | 43,000.00 |
| Net Funds Expended | $179,918.60 |

**Robert Whitmore - Acct 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-01-2020 | 3000 | 4.46 | $ 13,380.00 | | | | | | - | 3000 | 3000 | $ 02.81 | $ 8,437.81 | $ 4,942.19 | $ 4,942.19 |
| 06-01-2020 | 2000 | 4.455 | $ 8,910.00 | | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 3,284.79 | $ 3,284.79 |
| 06-01-2020 | 5000 | 4.52 | $ 22,600.00 | | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,536.98 | $ 8,536.98 |
| 06-01-2020 | 5000 | 4.47 | $ 22,350.00 | | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,286.98 | $ 8,286.98 |
| 06-01-2020 | 3800 | 4.37 | $ 16,606.00 | | | | | | - | 3800 | 3800 | $ 02.81 | $ 10,687.90 | $ 5,918.10 | $ 5,918.10 |
| 06-01-2020 | 900 | 4.36 | $ 3,924.00 | | | | | | - | 900 | 900 | $ 02.81 | $ 2,531.34 | $ 1,392.66 | $ 1,392.66 |
| 06-01-2020 | 300 | 4.3599 | $ 1,307.97 | | | | | | - | 300 | 300 | $ 02.81 | $ 843.78 | $ 464.19 | $ 464.19 |
| 06-01-2020 | 150 | 4.35 | $ 652.50 | | | | | | - | 150 | 150 | $ 02.81 | $ 421.89 | $ 230.61 | $ 230.61 |
| 06-01-2020 | 1850 | 4.3499 | $ 8,047.32 | | | | | | - | 1850 | 1850 | $ 02.81 | $ 5,203.32 | $ 2,844.00 | $ 2,844.00 |
| 06-01-2020 | 900 | 4.1899 | $ 3,770.91 | | | | | | - | 900 | 900 | $ 02.81 | $ 2,531.34 | $ 1,239.57 | $ 1,239.57 |
| 06-01-2020 | 1100 | 4.185 | $ 4,603.50 | | | | | | - | 1100 | 1100 | $ 02.81 | $ 3,093.86 | $ 1,509.64 | $ 1,509.64 |
| 06-01-2020 | 5000 | 4.1199 | $ 20,599.50 | | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 6,536.48 | $ 6,536.48 |
| 06-01-2020 | 2000 | 4.08 | $ 8,160.00 | | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 2,534.79 | $ 2,534.79 |
| 06-02-2020 | 1000 | 4.0584 | $ 4,058.40 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,245.80 | $ 1,245.80 |
| 06-02-2020 | 1000 | 3.95 | $ 3,950.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,137.40 | $ 1,137.40 |
| 06-02-2020 | 1000 | 3.915 | $ 3,915.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,102.40 | $ 1,102.40 |
| 06-03-2020 | 1000 | 3.7298 | $ 3,729.80 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 917.20 | $ 917.20 |
| 06-03-2020 | 1000 | 3.7099 | $ 3,709.90 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 897.30 | $ 897.30 |
| 06-04-2020 | 2000 | 3.9 | $ 7,800.00 | | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 2,174.79 | $ 2,174.79 |
| 06-04-2020 | 1000 | 3.8488 | $ 3,848.80 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,036.20 | $ 1,036.20 |
| 06-10-2020 | 500 | 3.735 | $ 1,867.50 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 461.20 | $ 461.20 |
| 06-10-2020 | 1000 | 3.715 | $ 3,715.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 902.40 | $ 902.40 |
| 06-11-2020 | 1000 | 3.38 | $ 3,380.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 567.40 | $ 567.40 |
| 06-11-2020 | 1000 | 3.4 | $ 3,400.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 587.40 | $ 587.40 |
| 06-15-2020 | 500 | 3.265 | $ 1,632.50 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 226.20 | $ 226.20 |
| **Total:** | **43,000.00** | | **$ 179,918.60** | | | | | | | **43,000.00** | **43,000.00** | | **$ 120,941.98** | **$ 58,976.62** | **$ 58,976.62** |

| Client Name | Robert Whitmore |
|---|---|
| Company Name | Minerva Neurosciences, Inc. |
| Ticker Symbol | NERV |
| Security Type | |
| Class Period Start | 05-15-2017 |
| Class Period End | 11-30-2020 |
| 90-DAY Lookback Period Start | 12-01-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 02.81 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $7,496.64 |
| *DURA LIFO* Total* | $7,496.64 |
| Gross Shares Purchased | 6,220.00 |
| Net Shares Retained | 6,220.00 |
| Net Funds Expended | $24,991.04 |

**Robert Whitmore - Acct 2**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-01-2020 | 1000 | 4.33 | $ 4,330.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,517.40 | $ 1,517.40 |
| 06-01-2020 | 1000 | 4.1892 | $ 4,189.20 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,376.60 | $ 1,376.60 |
| 06-02-2020 | 1000 | 4.0699 | $ 4,069.90 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,257.30 | $ 1,257.30 |
| 06-02-2020 | 1000 | 3.95 | $ 3,950.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,137.40 | $ 1,137.40 |

| Trade Date | Shares | Price | Total | | | | | | Proceeds from LBP Sales | | | Per Share Value | Retained Value | LIFO | DURA LIFO* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-02-2020 | 500 | 3.9399 | $ 1,969.95 | | | | 500 | 500 | $ 02.81 | | | | $ 1,406.30 | $ 563.65 | $ 563.65 |
| 06-03-2020 | 1000 | 3.7861 | $ 3,786.10 | | | | - | 1000 | 1000 | $ 02.81 | | | $ 2,812.60 | $ 973.50 | $ 973.50 |
| 06-03-2020 | 500 | 3.7 | $ 1,850.00 | | | | - | 500 | 500 | $ 02.81 | | | $ 1,406.30 | $ 443.70 | $ 443.70 |
| 06-04-2020 | 100 | 3.9299 | $ 392.99 | | | | - | 100 | 100 | $ 02.81 | | | $ 281.26 | $ 111.73 | $ 111.73 |
| 06-04-2020 | 100 | 3.845 | $ 384.50 | | | | - | 100 | 100 | $ 02.81 | | | $ 281.26 | $ 103.24 | $ 103.24 |
| 06-11-2020 | 20 | 3.4198 | $ 68.40 | | | | - | 20 | 20 | $ 02.81 | | | $ 56.25 | $ 12.14 | $ 12.14 |
| **Total:** | **6,220.00** | | **$ 24,991.04** | | | | | **6,220.00** | **6,220.00** | | **$ 17,494.40** | | | **$ 7,496.64** | **$ 7,496.64** |

| | | |
|---|---|---|
| **Client Name** | Robert Whitmore | |
| **Company Name** | Minerva Neurosciences, Inc. | |
| **Ticker Symbol** | NERV | |
| **Security Type** | | |
| **Class Period Start** | 05-15-2017 | |
| **Class Period End** | 11-30-2020 | |
| **90-DAY Lookback Period Start** | 12-01-2020 | |
| **90-DAY Lookback Period End** | 02-08-2021 | |
| **90-DAY Lookback Average** | $ 02.81 | |
| **Pre Class Period Holdings** | 0 | |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $11,261.61 |
| *DURA LIFO* Total* | $11,261.61 |
| Gross Shares Purchased | 12,250.00 |
| Net Shares Retained | 8,150.00 |
| Net Funds Expended | $34,184.33 |

### Robert Whitmore - Acct 3

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-01-2020 | 371 | 4.65 | $ 1,725.15 | | | | | | - | 371 | 371 | $ 02.81 | $ 1,043.48 | $ 681.67 | $ 681.67 |
| 06-01-2020 | 29 | 4.64 | $ 134.56 | | | | | | - | 29 | 29 | $ 02.81 | $ 81.57 | $ 52.99 | $ 52.99 |
| 06-01-2020 | 600 | 4.6399 | $ 2,783.94 | | | | | | - | 600 | 600 | $ 02.81 | $ 1,687.56 | $ 1,096.38 | $ 1,096.38 |
| 06-01-2020 | 100 | 4.57 | $ 457.00 | | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 175.74 | $ 175.74 |
| 06-01-2020 | 1000 | 4.57 | $ 4,570.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,757.40 | $ 1,757.40 |
| 06-01-2020 | 1100 | 4.505 | $ 4,955.50 | 06-01-2020 | 1100 | | $ 04.54 | $ 4,994.00 | - | - | - | $ 02.81 | | -$ 38.50 | -$ 38.50 |
| 06-01-2020 | 1000 | 4.505 | $ 4,505.00 | 06-01-2020 | 1000 | | $ 04.55 | $ 4,550.00 | - | - | - | $ 02.81 | | -$ 45.00 | -$ 45.00 |
| 06-01-2020 | 1000 | 4.505 | $ 4,505.00 | 06-01-2020 | 1000 | | $ 04.56 | $ 4,560.00 | - | - | - | $ 02.81 | | -$ 55.00 | -$ 55.00 |
| 06-01-2020 | 1000 | 4.505 | $ 4,505.00 | 06-01-2020 | 1000 | | $ 04.57 | $ 4,570.00 | - | - | - | $ 02.81 | | -$ 65.00 | -$ 65.00 |
| 06-01-2020 | 900 | 4.505 | $ 4,054.50 | | | | | | - | 900 | 900 | $ 02.81 | $ 2,531.34 | $ 1,523.16 | $ 1,523.16 |
| 06-01-2020 | 1000 | 4.45 | $ 4,450.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,637.40 | $ 1,637.40 |
| 06-01-2020 | 200 | 4.1799 | $ 835.98 | | | | | | - | 200 | 200 | $ 02.81 | $ 562.52 | $ 273.46 | $ 273.46 |
| 06-01-2020 | 800 | 4.175 | $ 3,340.00 | | | | | | - | 800 | 800 | $ 02.81 | $ 2,250.08 | $ 1,089.92 | $ 1,089.92 |
| 06-01-2020 | 150 | 4.065 | $ 609.75 | | | | | | - | 150 | 150 | $ 02.81 | $ 421.89 | $ 187.86 | $ 187.86 |
| 06-01-2020 | 1000 | 4.07 | $ 4,070.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,257.40 | $ 1,257.40 |
| 06-02-2020 | 100 | 4.02 | $ 402.00 | | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 120.74 | $ 120.74 |
| 06-02-2020 | 100 | 3.948 | $ 394.80 | | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 113.54 | $ 113.54 |
| 06-02-2020 | 100 | 3.9 | $ 390.00 | | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 108.74 | $ 108.74 |
| 06-03-2020 | 500 | 3.7274 | $ 1,863.70 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 457.40 | $ 457.40 |
| 06-03-2020 | 200 | 3.695 | $ 739.00 | | | | | | - | 200 | 200 | $ 02.81 | $ 562.52 | $ 176.48 | $ 176.48 |
| 06-04-2020 | 500 | 3.8499 | $ 1,924.95 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 518.65 | $ 518.65 |
| 06-15-2020 | 500 | 3.285 | $ 1,642.50 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 236.20 | $ 236.20 |
| **Total:** | **12,250.00** | | **$ 52,858.33** | | **4,100.00** | | | **$ 18,674.00** | | **8,150.00** | **8,150.00** | | **$ 22,922.72** | **$ 11,261.61** | **$ 11,261.61** |

| | | |
|---|---|---|
| **Client Name** | Robert Whitmore | |
| **Company Name** | Minerva Neurosciences, Inc. | |
| **Ticker Symbol** | NERV | |
| **Security Type** | | |
| **Class Period Start** | 05-15-2017 | |
| **Class Period End** | 11-30-2020 | |
| **90-DAY Lookback Period Start** | 12-01-2020 | |
| **90-DAY Lookback Period End** | 02-08-2021 | |
| **90-DAY Lookback Average** | $ 02.81 | |
| **Pre Class Period Holdings** | 0 | |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $158,232.58 |
| *DURA LIFO* Total* | $158,232.58 |
| Gross Shares Purchased | 109,000.00 |
| Net Shares Retained | 105,000.00 |
| Net Funds Expended | $453,556.02 |

### Robert Whitmore - Acct 4

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | Qty | Qty | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-01-2020 | 5000 | 4.6499 | $ 23,249.50 | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 9,186.48 | $ 9,186.48 |
| 06-01-2020 | 6571 | 4.7 | $ 30,883.70 | | | | | - | 6571 | 6571 | $ 02.81 | $ 18,481.62 | $ 12,402.08 | $ 12,402.08 |
| 06-01-2020 | 8429 | 4.69 | $ 39,532.01 | | | | | - | 8429 | 8429 | $ 02.81 | $ 23,707.44 | $ 15,824.57 | $ 15,824.57 |
| 06-01-2020 | 1299 | 4.7 | $ 6,105.30 | | | | | - | 1299 | 1299 | $ 02.81 | $ 3,653.57 | $ 2,451.73 | $ 2,451.73 |
| 06-01-2020 | 3701 | 4.695 | $ 17,376.20 | | | | | - | 3701 | 3701 | $ 02.81 | $ 10,409.45 | $ 6,966.75 | $ 6,966.75 |
| 06-01-2020 | 1000 | 4.58 | $ 4,580.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,767.40 | $ 1,767.40 |
| 06-01-2020 | 1000 | 4.6 | $ 4,600.00 | 06-01-2020 | 1000 | $ 04.65 | $ 4,650.00 | - | - | - | $ 02.81 | | -$ 50.00 | -$ 50.00 |
| 06-01-2020 | 1000 | 4.55 | $ 4,550.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,737.40 | $ 1,737.40 |
| 06-01-2020 | 1000 | 4.52 | $ 4,520.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,707.40 | $ 1,707.40 |
| 06-01-2020 | 1000 | 4.6 | $ 4,600.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,787.40 | $ 1,787.40 |
| 06-01-2020 | 1000 | 4.55 | $ 4,550.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,737.40 | $ 1,737.40 |
| 06-01-2020 | 1000 | 4.53 | $ 4,530.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,717.40 | $ 1,717.40 |
| 06-01-2020 | 1000 | 4.52 | $ 4,520.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,707.40 | $ 1,707.40 |
| 06-01-2020 | 5000 | 4.5 | $ 22,500.00 | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,436.98 | $ 8,436.98 |
| 06-01-2020 | 5000 | 4.45 | $ 22,250.00 | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,186.98 | $ 8,186.98 |
| 06-01-2020 | 5449 | 4.45 | $ 24,248.05 | | | | | - | 5449 | 5449 | $ 02.81 | $ 15,325.88 | $ 8,922.17 | $ 8,922.17 |
| 06-01-2020 | 1600 | 4.44 | $ 7,104.00 | | | | | - | 1600 | 1600 | $ 02.81 | $ 4,500.17 | $ 2,603.83 | $ 2,603.83 |
| 06-01-2020 | 726 | 4.43 | $ 3,216.18 | | | | | - | 726 | 726 | $ 02.81 | $ 2,041.95 | $ 1,174.23 | $ 1,174.23 |
| 06-01-2020 | 300 | 4.425 | $ 1,327.50 | | | | | - | 300 | 300 | $ 02.81 | $ 843.78 | $ 483.72 | $ 483.72 |
| 06-01-2020 | 300 | 4.42 | $ 1,326.00 | | | | | - | 300 | 300 | $ 02.81 | $ 843.78 | $ 482.22 | $ 482.22 |
| 06-01-2020 | 400 | 4.41 | $ 1,764.00 | | | | | - | 400 | 400 | $ 02.81 | $ 1,125.04 | $ 638.96 | $ 638.96 |
| 06-01-2020 | 6115 | 4.4 | $ 26,906.00 | | | | | - | 6115 | 6115 | $ 02.81 | $ 17,199.07 | $ 9,706.93 | $ 9,706.93 |
| 06-01-2020 | 110 | 4.395 | $ 483.45 | | | | | - | 110 | 110 | $ 02.81 | $ 309.39 | $ 174.06 | $ 174.06 |
| 06-01-2020 | 5000 | 4.45 | $ 22,250.00 | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,186.98 | $ 8,186.98 |
| 06-01-2020 | 1000 | 4.46 | $ 4,460.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,647.40 | $ 1,647.40 |
| 06-01-2020 | 230 | 4.25 | $ 977.50 | | | | | - | 230 | 230 | $ 02.81 | $ 646.90 | $ 330.60 | $ 330.60 |
| 06-01-2020 | 2450 | 4.37 | $ 10,706.50 | | | | | - | 2450 | 2450 | $ 02.81 | $ 6,890.88 | $ 3,815.62 | $ 3,815.62 |
| 06-01-2020 | 1809 | 4.3699 | $ 7,905.15 | | | | | - | 1809 | 1809 | $ 02.81 | $ 5,088.00 | $ 2,817.15 | $ 2,817.15 |
| 06-01-2020 | 511 | 4.365 | $ 2,230.52 | | | | | - | 511 | 511 | $ 02.81 | $ 1,437.24 | $ 793.27 | $ 793.27 |
| 06-01-2020 | 2000 | 4.35 | $ 8,700.00 | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 3,074.79 | $ 3,074.79 |
| 06-01-2020 | 2000 | 4.1999 | $ 8,399.80 | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 2,774.59 | $ 2,774.59 |
| 06-01-2020 | 4800 | 4.07 | $ 19,536.00 | | | | | - | 4800 | 4800 | $ 02.81 | $ 13,500.50 | $ 6,035.50 | $ 6,035.50 |
| 06-01-2020 | 100 | 4.06 | $ 406.00 | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 124.74 | $ 124.74 |
| 06-01-2020 | 100 | 4.055 | $ 405.50 | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 124.24 | $ 124.24 |
| 06-01-2020 | 1000 | 4.1 | $ 4,100.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,287.40 | $ 1,287.40 |
| 06-01-2020 | 100 | 4.095 | $ 409.50 | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 128.24 | $ 128.24 |
| 06-01-2020 | 900 | 4.0899 | $ 3,680.91 | | | | | - | 900 | 900 | $ 02.81 | $ 2,531.34 | $ 1,149.57 | $ 1,149.57 |
| 06-02-2020 | 1000 | 4.02 | $ 4,020.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,207.40 | $ 1,207.40 |
| 06-02-2020 | 2000 | 3.9899 | $ 7,979.80 | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 2,354.59 | $ 2,354.59 |
| 06-02-2020 | 1000 | 3.9699 | $ 3,969.90 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,157.30 | $ 1,157.30 |
| 06-02-2020 | 1000 | 3.915 | $ 3,915.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,102.40 | $ 1,102.40 |
| 06-03-2020 | 1000 | 3.7279 | $ 3,727.90 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 915.30 | $ 915.30 |
| 06-03-2020 | 1000 | 3.705 | $ 3,705.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 892.40 | $ 892.40 |
| 06-04-2020 | 200 | 3.9274 | $ 785.48 | | | | | - | 200 | 200 | $ 02.81 | $ 562.52 | $ 222.96 | $ 222.96 |
| 06-04-2020 | 1800 | 3.9269 | $ 7,068.42 | | | | | - | 1800 | 1800 | $ 02.81 | $ 5,062.69 | $ 2,005.73 | $ 2,005.73 |
| 06-04-2020 | 3000 | 3.8499 | $ 11,549.70 | 06-05-2020 | 3000 | $ 04.59 | $ 13,770.00 | - | - | - | $ 02.81 | | -$ 2,220.30 | -$ 2,220.30 |
| 06-04-2020 | 2000 | 3.8499 | $ 7,699.80 | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 2,074.59 | $ 2,074.59 |
| 06-05-2020 | 3000 | 4.56 | $ 13,680.00 | | | | | - | 3000 | 3000 | $ 02.81 | $ 8,437.81 | $ 5,242.19 | $ 5,242.19 |
| 06-05-2020 | 373 | 4 | $ 1,492.00 | | | | | - | 373 | 373 | $ 02.81 | $ 1,049.10 | $ 442.90 | $ 442.90 |
| 06-05-2020 | 102 | 3.93 | $ 400.86 | | | | | - | 102 | 102 | $ 02.81 | $ 286.89 | $ 113.97 | $ 113.97 |
| 06-05-2020 | 500 | 3.9202 | $ 1,960.10 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 553.80 | $ 553.80 |
| 06-05-2020 | 25 | 3.92 | $ 98.00 | | | | | - | 25 | 25 | $ 02.81 | $ 70.32 | $ 27.68 | $ 27.68 |
| 06-05-2020 | 1000 | 4.08 | $ 4,080.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,267.40 | $ 1,267.40 |
| 06-05-2020 | 1000 | 4.1 | $ 4,100.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,287.40 | $ 1,287.40 |
| 06-05-2020 | 1000 | 4.0599 | $ 4,059.90 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,247.30 | $ 1,247.30 |
| 06-05-2020 | 500 | 4 | $ 2,000.00 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 593.70 | $ 593.70 |
| 06-10-2020 | 1000 | 3.735 | $ 3,735.00 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 922.40 | $ 922.40 |
| 06-10-2020 | 1500 | 3.7 | $ 5,550.00 | | | | | - | 1500 | 1500 | $ 02.81 | $ 4,218.91 | $ 1,331.09 | $ 1,331.09 |
| 06-10-2020 | 2000 | 3.7 | $ 7,400.00 | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 1,774.79 | $ 1,774.79 |
| 06-11-2020 | 500 | 3.43 | $ 1,715.00 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 308.70 | $ 308.70 |
| 06-11-2020 | 500 | 3.42 | $ 1,710.00 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 303.70 | $ 303.70 |
| 06-11-2020 | 500 | 3.4 | $ 1,700.00 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 293.70 | $ 293.70 |
| 06-11-2020 | 500 | 3.39 | $ 1,695.00 | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 288.70 | $ 288.70 |
| 06-15-2020 | 1000 | 3.2899 | $ 3,289.90 | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 477.30 | $ 477.30 |
| **Total:** | **109,000.00** | | **$ 471,976.02** | | **4,000.00** | | **$ 18,420.00** | | **105,000.00** | **105,000.00** | | **$ 295,323.44** | **$ 158,232.58** | **$ 158,232.58** |

| Client Name | Heather Whitmore |
|---|---|

| Company Name | Minerva Neurosciences, Inc. |
|---|---|
| Ticker Symbol | NERV |
| Security Type | |
| Class Period Start | 05-15-2017 |
| Class Period End | 11-30-2020 |
| 90-DAY Lookback Period Start | 12-01-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 02.81 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $21,291.23 |
| *DURA LIFO* Total* | $21,291.23 |
| Gross Shares Purchased | 15,700.00 |
| Net Shares Retained | 15,700.00 |
| Net Funds Expended | $65,449.12 |

**Heather Whitmore - Acct 1**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-01-2020 | 5000 | 4.48 | $ 22,400.00 | | | | | | - | 5000 | 5000 | $ 02.81 | $ 14,063.02 | $ 8,336.98 | $ 8,336.98 |
| 06-01-2020 | 1000 | 4.48 | $ 4,480.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,667.40 | $ 1,667.40 |
| 06-01-2020 | 1000 | 4.355 | $ 4,355.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,542.40 | $ 1,542.40 |
| 06-01-2020 | 1000 | 4.3599 | $ 4,359.90 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,547.30 | $ 1,547.30 |
| 06-01-2020 | 1000 | 4.185 | $ 4,185.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,372.40 | $ 1,372.40 |
| 06-01-2020 | 1000 | 4.08 | $ 4,080.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,267.40 | $ 1,267.40 |
| 06-02-2020 | 1000 | 4.0398 | $ 4,039.80 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,227.20 | $ 1,227.20 |
| 06-02-2020 | 243 | 3.9598 | $ 962.23 | | | | | | - | 243 | 243 | $ 02.81 | $ 683.46 | $ 278.77 | $ 278.77 |
| 06-02-2020 | 757 | 3.955 | $ 2,993.94 | | | | | | - | 757 | 757 | $ 02.81 | $ 2,129.14 | $ 864.79 | $ 864.79 |
| 06-02-2020 | 500 | 3.9198 | $ 1,959.90 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 553.60 | $ 553.60 |
| 06-03-2020 | 1000 | 3.7399 | $ 3,739.90 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 927.30 | $ 927.30 |
| 06-03-2020 | 1000 | 3.705 | $ 3,705.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 892.40 | $ 892.40 |
| 06-10-2020 | 500 | 3.7399 | $ 1,869.95 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 463.65 | $ 463.65 |
| 06-11-2020 | 200 | 3.43 | $ 686.00 | | | | | | - | 200 | 200 | $ 02.81 | $ 562.52 | $ 123.48 | $ 123.48 |
| 06-15-2020 | 500 | 3.265 | $ 1,632.50 | | | | | | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 226.20 | $ 226.20 |
| **Total:** | **15,700.00** | | **$ 65,449.12** | | | | | | | **15,700.00** | **15,700.00** | | **$ 44,157.89** | **$ 21,291.23** | **$ 21,291.23** |

| Client Name | Heather Whitmore |
|---|---|
| Company Name | Minerva Neurosciences, Inc. |
| Ticker Symbol | NERV |
| Security Type | |
| Class Period Start | 05-15-2017 |
| Class Period End | 11-30-2020 |
| 90-DAY Lookback Period Start | 12-01-2020 |
| 90-DAY Lookback Period End | 02-08-2021 |
| 90-DAY Lookback Average | $ 02.81 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $28,005.27 |
| *DURA LIFO* Total* | $28,005.27 |
| Gross Shares Purchased | 25,100.00 |
| Net Shares Retained | 25,100.00 |
| Net Funds Expended | $98,601.63 |

**Hether Whitmore - Acct 2**

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 06-01-2020 | 1000 | 4.49 | $ 4,490.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,677.40 | $ 1,677.40 |
| 06-01-2020 | 2000 | 4.48 | $ 8,960.00 | | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 3,334.79 | $ 3,334.79 |
| 06-01-2020 | 1000 | 4.33 | $ 4,330.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,517.40 | $ 1,517.40 |
| 06-01-2020 | 1000 | 4.3399 | $ 4,339.90 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,527.30 | $ 1,527.30 |
| 06-01-2020 | 339 | 4.1899 | $ 1,420.38 | | | | | | - | 339 | 339 | $ 02.81 | $ 953.47 | $ 466.90 | $ 466.90 |
| 06-01-2020 | 561 | 4.189 | $ 2,350.03 | | | | | | - | 561 | 561 | $ 02.81 | $ 1,577.87 | $ 772.16 | $ 772.16 |
| 06-01-2020 | 1100 | 4.185 | $ 4,603.50 | | | | | | - | 1100 | 1100 | $ 02.81 | $ 3,093.86 | $ 1,509.64 | $ 1,509.64 |
| 06-01-2020 | 1900 | 4.1 | $ 7,790.00 | | | | | | - | 1900 | 1900 | $ 02.81 | $ 5,343.95 | $ 2,446.05 | $ 2,446.05 |
| 06-01-2020 | 100 | 4.095 | $ 409.50 | | | | | | - | 100 | 100 | $ 02.81 | $ 281.26 | $ 128.24 | $ 128.24 |
| 06-02-2020 | 1000 | 4.02 | $ 4,020.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,207.40 | $ 1,207.40 |
| 06-02-2020 | 985 | 4.0099 | $ 3,949.75 | | | | | | - | 985 | 985 | $ 02.81 | $ 2,770.42 | $ 1,179.34 | $ 1,179.34 |
| 06-02-2020 | 15 | 4 | $ 60.00 | | | | | | - | 15 | 15 | $ 02.81 | $ 42.19 | $ 17.81 | $ 17.81 |
| 06-02-2020 | 1000 | 3.96 | $ 3,960.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,147.40 | $ 1,147.40 |
| 06-02-2020 | 1000 | 3.925 | $ 3,925.00 | | | | | | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,112.40 | $ 1,112.40 |
| 06-03-2020 | 2000 | 3.7857 | $ 7,571.40 | | | | | | - | 2000 | 2000 | $ 02.81 | $ 5,625.21 | $ 1,946.19 | $ 1,946.19 |
| 06-03-2020 | 109 | 3.7099 | $ 404.38 | | | | | | - | 109 | 109 | $ 02.81 | $ 306.57 | $ 97.81 | $ 97.81 |

| Date | Shares | Price | Amount | | Shares | Shares | Price | Amount | Value | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 06-03-2020 | 1891 | 3.705 | $ 7,006.16 | - | 1891 | 1891 | $ 02.81 | $ 5,318.63 | $ 1,687.52 | $ 1,687.52 |
| 06-04-2020 | 1000 | 3.9 | $ 3,900.00 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,087.40 | $ 1,087.40 |
| 06-04-2020 | 1000 | 3.8493 | $ 3,849.30 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 1,036.70 | $ 1,036.70 |
| 06-10-2020 | 500 | 3.735 | $ 1,867.50 | - | 500 | 500 | $ 02.81 | $ 1,406.30 | $ 461.20 | $ 461.20 |
| 06-10-2020 | 1000 | 3.715 | $ 3,715.00 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 902.40 | $ 902.40 |
| 06-11-2020 | 990 | 3.44 | $ 3,405.60 | - | 990 | 990 | $ 02.81 | $ 2,784.48 | $ 621.12 | $ 621.12 |
| 06-11-2020 | 10 | 3.4301 | $ 34.30 | - | 10 | 10 | $ 02.81 | $ 28.13 | $ 06.17 | $ 06.17 |
| 06-11-2020 | 1000 | 3.43 | $ 3,430.00 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 617.40 | $ 617.40 |
| 06-11-2020 | 1000 | 3.42 | $ 3,420.00 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 607.40 | $ 607.40 |
| 06-11-2020 | 1000 | 3.41 | $ 3,410.00 | - | 1000 | 1000 | $ 02.81 | $ 2,812.60 | $ 597.40 | $ 597.40 |
| 06-15-2020 | 600 | 3.2999 | $ 1,979.94 | - | 600 | 600 | $ 02.81 | $ 1,687.56 | $ 292.38 | $ 292.38 |
| **Total:** | **25,100.00** | | **$ 98,601.63** | | **25,100.00** | **25,100.00** | | **$ 70,596.36** | **$ 28,005.27** | **$ 28,005.27** |

| ROBERT & HEATHER WHITMORE | |
|---|---|
| **SUMMARY OF FINANCIAL INTEREST** | |
| LIFO Loss Total | $285,263.95 |
| *DURA  LIFO* Total* | $285,263.95 |
| Gross Shares Purchased | 211,270.00 |
| Net Shares Retained | 203,170.00 |
| Net Funds Expended | $856,700.74 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.