# EXHIBIT C

Case 1:20-cv-12176-GAO   Document 16-3   Filed 02/08/21   Page 2 of 3

**Source:** *Block & Leviton LLP*

*December 08, 2020 12:25 ET*

# LAWSUIT FILED: Block & Leviton LLP Announces that it Has Filed a Lawsuit Against Minerva Neurosciences, Inc. for Securities Fraud; Investors Who Lost Money Should Contact the Firm

BOSTON, Dec. 08, 2020 (GLOBE NEWSWIRE) -- Block & Leviton LLP (www.blockleviton.com), a national securities litigation firm, announces that it has filed a class action lawsuit on behalf of shareholders against Minerva Neurosciences, Inc. (NASDAQ: NERV) and certain of its executives for securities fraud. Investors who purchased NERV shares between May 15, 2017 and November 30, 2020 and who lost money are strongly encouraged to contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at https://www.blockleviton.com/cases/nerv. The lead plaintiff deadline is February 8, 2021.

On December 1, 2020, Minerva announced the results of its meeting with the U.S. Food and Drug Administration concerning Minerva's attempt to submit a New Drug Application for roluperidone, to treat negative symptoms in schizophrenia. The FDA advised that an NDA submission based on Minerva's current data from two studies "would be highly unlikely to be filed" and that doing so would present "substantial review issues due to the lack of two adequate and well-controlled trials to support efficacy claims." The market was stunned by this development, and as a result, Minerva shares fell approximately 26% in one day.

This most recent development follows Minerva's May 29, 2020 announcement of the results of its Phase III clinical trial for the use of roluperidone to treat negative symptoms in schizophrenia. The Phase III study failed to show statistically significant differences from placebo on both the primary and key secondary endpoints. Minerva shares fell approximately 72.5% on that development.

The lawsuit was filed in the U.S. District Court for the District of Massachusetts, located at the John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210. The case is captioned *McCoy v. Minerva Neurosciences, Inc., et al.*, No. 1:20-cv-12176-GAO (D. Mass.), and has been assigned to the Hon. George A. O'Toole, Jr.

If you purchased or acquired shares of Minerva between May 15, 2017 and November 30, 2020 and have questions about your legal rights or possess information relevant to this matter, please contact Block & Leviton attorneys at (617) 398-5600, via email at cases@blockleviton.com, or at

Case 1:20-cv-12176-GAO   Document 16-3   Filed 02/08/21   Page 3 of 3

https://www.blockleviton.com/cases/nerv. The deadline to seek appointment as lead plaintiff in the matter is February 8, 2021.

Block & Leviton LLP is a firm dedicated to representing investors and maintaining the integrity of the country's financial markets. The firm represents many of the nation's largest institutional investors as well as individual investors in securities litigation throughout the United States. The firm's lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:
BLOCK & LEVITON LLP
260 Franklin St., Suite 1860
Boston, MA 02110
Phone: (617) 398-5600
Email: cases@blockleviton.com
SOURCE: Block & Leviton LLP
www.blockleviton.com