# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN MCCOY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER, <br><br> Defendants. | Civil Action No. 1:20-cv-12176-GAO |
| YUTING AO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER, <br><br> Defendants. | Civil Action No. 1:21-cv-10051-GAO |

**NOTICE OF MOTION OF NATHAN MCCOY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Nathan McCoy hereby moves this Court for entry of an Order: (1) consolidating the two above-captioned, related actions; (2) appointing Mr. McCoy as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); (3) approving of Mr. McCoy's selection of Block & Leviton LLP as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that Mr. McCoy is the "most adequate plaintiff" pursuant to the PSLRA. In support of this Motion, Mr. McCoy submits herewith a Memorandum of Law, the Declaration of Jeffrey C. Block, and the exhibits thereto.

This Motion has been filed pursuant to Section 21(D)(a)(3)(A) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the PSLRA. Section 21D(a)(3)(A) of the Exchange Act provides that within sixty days after publication of the required notice, any member of the proposed class may apply to the Court to be appointed as lead plaintiff. Consequently, counsel for Mr. McCoy has no way of knowing who the competing lead plaintiff candidates are at this time. As a result, counsel for Mr. McCoy is unable to confer with opposing counsel as prescribed in Local Rule 7.1(a)(2), and respectfully requests that the Court waive the pre-motion conference requirement of Local Rule 7.1(a)(2) for this Motion.

Dated: February 8, 2021                    Respectfully submitted,

                                           */s/ Jeffrey C. Block*
                                           Jeffrey C. Block
                                           Jacob A. Walker
                                           Stephen J. Teti
                                           **BLOCK & LEVITON LLP**
                                           260 Franklin St., Suite 1860
                                           Boston, MA 02110
                                           (617) 398-5600 (phone)
                                           (617) 507-6020 (fax)
                                           jeff@blockleviton.com
                                           jake@blockleviton.com
                                           steti@blockleviton.com

                                           *Attorneys for Mr. McCoy and*
                                           *Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Jeffrey C. Block*