# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN MCCOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Civil Action No. 1:20-cv-12176-GAO |
| YUTING AO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Civil Action No. 1:21-cv-10051-GAO |

**[PROPOSED] ORDER GRANTING THE MOTION OF NATHAN MCCOY FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

Having considered Nathan McCoy's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *McCoy v. Minerva Neurosciences, Inc., et al.*, No. 1:20-cv-12176-GAO, and *Ao v. Minerva Neurosciences, Inc., et al.*, No. 1:21-cv-10051-GAO, are consolidated as:

| | |
|---|---|
| In re Minerva Neurosciences, Inc. Securities Litigation | Case No. 1:20-cv-12176-GAO |
| This Document Relates to:<br><br>    ALL ACTIONS | CLASS ACTION |

3. The file in Case No. 1:20-cv-12176-GAO shall constitute the master file for every action in the consolidated action. The Clerk shall administratively close the other case. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

4. All securities class actions relating to the same or substantially similar alleged wrongdoing by Defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting

to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

5.  This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

6.  Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Mr. McCoy is appointed as Lead Plaintiff; and

7.  Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. McCoy's selection of Block & Leviton LLP is approved and appointed as Lead Counsel. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    a.  the briefing and argument of any and all motions;

    b.  the preparation and filing of all pleadings;

    c.  the conduct of any and all discovery proceedings;

    d.  settlement negotiations with counsel for Defendants;

    e.  the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    f.  the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____     _____
                                        THE HON. GEORGE A. O'TOOLE
                                        U.S. SENIOR DISTRICT JUDGE