**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATHAN MCCOY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Case No.: 1:20-cv-12176-GAO<br><br>**NOTICE OF MOTION OF MELVIN NELSON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |
| YUTING AO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>Defendants. | Case No.: 1:21-cv-10051-GAO |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, movant Melvin Nelson ("Movant") hereby moves this Court, the Honorable George A. O'Toole, Jr., United States District Judge, for an order:

(a)    consolidating the above-captioned related actions;

(b)    appointing Movant to serve as Lead Plaintiff in this action; and

(c)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

1

In support of this Motion, Movant submits: (1) Memorandum of Law dated February 8, 2021; (2) Declaration of Joshua Baker (with exhibits); and (3) a [Proposed] Order granting Movant's Motion to Consolidate the Related Actions, Appoint Lead Plaintiff and to Approve Lead Plaintiff's Selection of Counsel.

Local Rule 7.1(a)(2) requires that counsel certify that they have met and conferred to resolve or narrow the issue prior to filing motions. Due to the PSLRA's lead plaintiff procedure, however, Movant does not yet know which other entities or persons plan to move for appointment as lead plaintiff until after all the movants have filed their respective motions. Under these circumstances, Movant respectfully requests that the conferral requirement of Local Rule 7.1(a)(2) be waived.

Dated: February 8, 2021                        Respectfully submitted,

                                               **THE ROSEN LAW FIRM, P.A.**

                                               /s/ Joshua Baker
                                               Joshua Baker, Esq. (BBO #695561)
                                               Laurence M. Rosen, Esq. (*pro hac vice* to be submitted)
                                               Phillip Kim, Esq. (*pro hac vice* to be submitted)
                                               275 Madison Avenue, 40th Floor
                                               New York, NY 10016
                                               Telephone: (212) 686-1060
                                               Facsimile: (212) 202-3827
                                               Email: jbaker@rosenlegal.com
                                                       lrosen@rosenlegal.com
                                                       pkim@rosenlegal.com

                                               *[Proposed] Lead Counsel for Plaintiff and Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2021, a true and correct copy of the foregoing **NOTICE OF MOTION OF MELVIN NELSON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Joshua Baker

3