## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATHAN MCCOY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER, <br><br> Defendants. | Civil Action No. 1:20-cv-12176-GAO |
| YUTING AO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER, <br><br> Defendants. | Civil Action No. 1:21-cv-10051-GAO |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF NATHAN MCCOY'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Jeffrey C. Block, declare as follows:

1.      I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion by Nathan McCoy for consolidation of the above-captioned, related actions, for appointment as Lead Plaintiff pursuant to the Private Securities Litigation

Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and for approval of Mr. McCoy's selection of Block & Leviton LLP as Lead Counsel for the class.

2.    Attached are true and correct copies of the following documents:

Exhibit A: Notice of pendency of *McCoy v. Minerva Neurosciences, Inc., et al.*, No. 1:20-cv-12176-GAO (D. Mass.), published by Globe Newswire on December 8, 2020;

Exhibit B: Sworn Certification of Mr. McCoy pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

Exhibit C: Mr. McCoy's loss chart (prepared by counsel);

Exhibit D: Declaration of Nathan McCoy; and

Exhibit E: Firm résumé of Block & Leviton LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

EXECUTED: February 8, 2021

*/s/ Jeffrey C. Block*
Jeffrey C. Block

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Jeffrey C. Block*