# EXHIBIT C

### Nathan McCoy - Minerva Neurosciences, Inc. Losses

| Date | Transaction | Shares | Price Per Share | Net |
|---|---|---|---|---|
| 6/1/20 | Buy | 16,000 | $ 4.64 | $ (74,240.00) |
| 12/2/20 | Sell | 3,851 | $ 2.73 | $ 10,513.23 |
| 12/2/20 | Sell | 1,000 | $ 2.74 | $ 2,740.00 |
| 12/2/20 | Sell | 5,000 | $ 2.73 | $ 13,650.00 |
| 12/2/20 | Sell | 2,693 | $ 2.72 | $ 7,324.96 |
| 12/2/20 | Sell | 146 | $ 2.74 | $ 400.04 |
| 12/2/20 | Sell | 1,003 | $ 2.75 | $ 2,758.25 |
| 12/2/20 | Sell | 670 | $ 2.73 | $ 1,829.10 |
| 12/3/20 | Sell | 1,637 | $ 2.75 | $ 4,501.75 |
| | | | **Total Losses** | **$ (30,522.67)** |