**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATHAN MCCOY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>    Defendants. | Case No.: 1:20-cv-12176-GAO<br><br>**DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF MELVIN NELSON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL**<br><br>**<u>CLASS ACTION</u>** |
| YUTING AO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MINERVA NEUROSCIENCES, INC. and REMY LUTHRINGER,<br><br>    Defendants. | Case No.: 1:21-cv-10051-GAO |

The undersigned, under penalties of perjury under the laws of the United States of America, declares as follows.

1.     I am an attorney at The Rosen Law Firm, P.A. and admitted to practice in Massachusetts and before this Court. I submit this Declaration in support of Melvin Nelson's ("Movant") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and for Approval of Movant's Selection of Lead Counsel.

2.     Attached hereto are true and accurate copies of the following exhibits:

Exhibit 1: PSLRA Early Notice;

1

2

Exhibit 2: PSLRA certification of Movant;

Exhibit 3: Movant's Loss Chart; and

Exhibit 4: The firm resume of The Rosen Law Firm, P.A.

Signed under penalties of perjury this 8th day of February 2021.

/s/ Joshua Baker
Joshua Baker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February 2021, a true and correct copy of the foregoing **DECLARATION OF JOSHUA BAKER IN SUPPORT OF MOTION OF MELVIN NELSON TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Joshua Baker

3