# Exhibit 3

**Minerva Neurosciences, Inc. Loss Chart**

**Class Period: May 15, 2017 through November 30, 2020**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 2.8073913 |
| Nelson, Melvin | 5/11/2020 | 2,000 | ($12.27) | ($24,537.00) | 12/28/2020 | 4,000 | $2.39 | $9,560.00 | | | | |
| | 6/1/2020 | 2,000 | ($4.63) | ($9,250.00) | Loss Cap: | | $2.81 | $11,229.56 | | | | |
| | | 4,000 | | ($33,787.00) | | 4,000 | | $11,229.56 | | | ($22,557.44) | |