**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

IN RE MINERVA NEUROSCIENCES,
INC. SECURITIES LITIGATION

Case No. 1:20-cv-12176-GAO

<u>CLASS ACTION</u>

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

**WHEREAS**, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (*see* 15 U.S.C. §78u-4(a)(3)(i)(II)), on February 8, 2021, Heather Whitmore and Robert Whitmore ("Lead Plaintiffs") filed a motion for appointment as lead plaintiffs and for approval of their selection of counsel in this securities class action;

**WHEREAS**, the Court appointed Heather Whitmore and Robert Whitmore as co-Lead Plaintiffs, and Levi & Korsinsky, LLP as lead counsel by its order dated March 5, 2021 (Dkt. No. 26);

**WHEREAS**, Lead Plaintiffs intended to file an amended complaint on or before May 4, 2021, pursuant to the Court's scheduling order dated March 19, 2021 (Dkt. No. 27);

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL BY THIS COURT**, by and between the parties that:

1. The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(2) and without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs; and

2. The parties acknowledge the following: (a) respectively, each party filed the operative complaint or defended against claims in good faith; (b) each party has borne and will continue to bear its own costs and attorneys' fees; and (c) the parties to this Joint Stipulation have

not exchanged monetary consideration in connection with this voluntary dismissal.

Dated: May 5, 2021                              Respectfully submitted,

                                                */s/ Shannon L. Hopkins*
                                                **LEVI & KORSINSKY, LLP**
                                                Shannon L. Hopkins
                                                1111 Summer Street, Suite 403
                                                Stamford, Connecticut 06905
                                                Tel. (203) 992-4523
                                                Fax: (212) 363-7500
                                                Email: shopkins@zlk.com

                                                *Counsel for Lead Plaintiffs and Lead Counsel
                                                for the Class*

                                                */s/ Michael T. Jones*
                                                **GOODWIN PROCTER LLP**
                                                Michael T. Jones
                                                100 Northern Avenue
                                                Boston, Massachusetts 02210
                                                Tel. (617) 570-1978
                                                Fax.(617) 523-1231
                                                Email: mjones@goodwinlaw.com

                                                *Counsel for Defendants*