# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE MINERVA NEUROSCIENCES, INC. SECURITIES LITIGATION | Case No. 1:20-cv-12176-GAO<br><br>CLASS ACTION |

## [PROPOSED] ORDER

Based on the parties' stipulation and for the good cause described therein, the Court **APPROVES** the stipulation. The Court orders as follows:

1.    The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiffs pursuant to Federal Rule of Civil Procedure 41(a)(2) and without prejudice as against all defendants with respect to any unnamed putative class members or other plaintiffs; and

2.    Each party filed the operative complaint or defended against claims in good faith; has borne and will continue to bear its own costs and attorneys' fees; and have not exchanged monetary consideration in connection with this voluntary dismissal.

**IT IS SO ORDERED.**

Dated:_____, 2021    _____

THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE