**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: MINERVA NEUROSCIENCES, INC. SECURITIES LITIGATION | Case No. 1:20-cv-12176-GAO<br>CLASS ACTION |

**ORDER GRANTING THE MOTION OF ORIGINAL PLAINTIFF AND LEAD PLAINTIFF MOVANT NATHAN MCCOY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered Nathan McCoy's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), Mr. McCoy is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Mr. McCoy's selection of Block & Leviton LLP is approved and appointed as Lead Counsel. As Lead Counsel, Block & Leviton LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

   a. the briefing and argument of any and all motions;

   b. the preparation and filing of all pleadings;

   c. the conduct of any and all discovery proceedings;

   d. settlement negotiations with counsel for Defendants;

   e. the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

    f.   the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

4.   Lead Plaintiff McCoy and Defendants shall file a proposed schedule with respect to filing a consolidated amended complaint, and any responsive pleadings or motions thereto, by no later than 14 days from entry of this Order.

IT IS SO ORDERED.

DATED: 5/21/2021

/s/ George A. O'Toole Jr.
THE HON. GEORGE A. O'TOOLE
U.S. SENIOR DISTRICT JUDGE

2