# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE: MINERVA NEUROSCIENCES,
INC. SECURITIES LITIGATION

Civil Action No. 1:20-cv-12176
CLASS ACTION

## ORDER

Based on the parties' stipulation and for the good cause described therein, the Court

**APPROVES** the stipulation.  The Court orders as follows:

1.      The deadline for McCoy to file an Amended Complaint is 30 days after his appointment as Lead Plaintiff;

2.      The deadline for the Defendants to answer or move to dismiss the Amended Complaint is 30 days following the filing of the Amended Complaint;

3.      The deadline for McCoy to file a memorandum in opposition to any motion to dismiss is 30 days following the filing of Defendant's motion to dismiss; and

4.      The deadline for Defendants to file a reply memorandum thereto is 15 days following the filing of any memorandum of opposition.

**IT IS SO ORDERED.**

Dated: 5/21/2021

/s/ George A. O'Toole Jr.
THE HONORABLE GEORGE A. O'TOOLE, JR.
UNITED STATES DISTRICT JUDGE