# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: MINERVA NEUROSCIENCES, INC. SECURITIES LITIGATION | Case No. 1:20-cv-12176-GAO <br><br> <u>CLASS ACTION</u> |

## STIPULATION OF DISMISSAL

WHEREAS, on March 5, 2021, the Court appointed Heather Whitmore and Robert Whitmore co-Lead Plaintiffs and appointed Levi & Korsinsky Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B); ECF No. 26;

WHEREAS, on March 19, 2021, the Whitmores and Defendants stipulated that the Whitmores would file an amended complaint by May 4, 2021; ECF No. 27;

WHEREAS, on May 5, 2021, the Whitmores and Defendants submitted a Stipulation of Dismissal, dismissing the Whitmores' claims against Defendants with prejudice and dismissing without prejudice the claims of other plaintiffs and unnamed putative class members; ECF No. 29;

WHEREAS, also on May 5, 2021, Nathan McCoy filed a Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel; ECF No. 30;

WHEREAS, on May 17, 2021, McCoy and Defendants filed a Joint Stipulation setting forth Defendants' non-opposition to McCoy's request to be appointed lead plaintiff and for Block & Leviton LLP to be appointed lead counsel; ECF No. 31;

WHEREAS, on May 21, 2021, the Court entered an Order (ECF No. 32) appointing McCoy Lead Plaintiff and appointing Block & Leviton LLP Lead Counsel;

WHEREAS, also on May 21, 2021, the Court entered an Order (ECF No. 33) giving McCoy 30 days in which to file an amended complaint; and

WHEREAS, Lead Plaintiff McCoy conducted a thorough investigation of Defendants' press releases and filings with the Securities and Exchange Commission with the intention of filing a timely amended complaint;

**THE PARTIES HEREBY STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL**, **TO THE FOLLOWING**:

1. The above-captioned consolidated action is hereby dismissed with prejudice as against all defendants on behalf of Lead Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2) and without prejudice as against all defendants with respect to any other plaintiffs or unnamed putative class members.

2. The parties acknowledge (a) that each party, respectively filed the operative complaint or defended against claims in good faith; (b) that each party has borne and will continue to bear its own costs and attorneys' fees; and (c) that the parties to this Joint Stipulation have not exchanged monetary consideration in connection with this voluntary dismissal.

June 9, 2021

Respectfully submitted,

/s/ Jacob A. Walker
Jeffrey C. Block (BBO #600747)
Jacob A. Walker (BBO #688074)
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 (phone)
(617) 507-6020 (fax)
jeff@blockleviton.com
jake@blockleviton.com

*Counsel for McCoy*

/s/ Adam Slutsky
Deborah S. Birnbach (BBO# 628243)
Michael T. Jones (BBO# 661336)
Adam Slutsky (BBO # 625084)
Katherine G. McKenney (BBO # 660621)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
dbirnbach@goodwinlaw.com
mjones@goodwinlaw.com
aslutsky@goodwinlaw.com
kmckenney@goodwinlaw.com

*Counsel for Defendants*

### Certificate of Service

I, Jacob A. Walker, hereby certify that a copy of the foregoing Stipulation of Dismissal, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 9, 2021.